# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| BILLIE KIM REPLOGLE and | § | Case No. 13-82280-TLS |
| JEFFREY HOWARD REPLOGLE, | § | |
| | § | |
| Debtors. | | |

## NOTICE OF CHANGE OF PAYMENT ADDRESS

COMES NOW, USAA Federal Savings Bank ("Creditor"), by its attorney, and hereby requests that the payment address on its **claim numbers 6-1 and 8-1** in the instant bankruptcy proceeding be changed to:

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.
P.O BOX 3978
Seattle, WA 98121

Dated: February 2, 2015

    Respectfully Submitted,

    By:/s/ EVAN L MOSCOV
        EVAN L MOSCOV, #24753
        Weinstein & Riley, P.S.
        469 W. HURON STREET, SUITE 1701
        CHICAGO, IL 60654
        Phone: (312) 255-7996
        Fax: (847) 662-5555
        Email: evanm@w-legal.com
        Attorney for USAA Federal Savings Bank

46603956

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Change of Payment Address was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 2, 2015:

Trustee via E-Filing
**KATHLEEN LAUGHLIN**
**CHAPTER 13 TRUSTEE'S OFFICE**
13930 GOLD CIRCLE STE 201
OMAHA, NE 68144

Debtors' Counsel via E-Filing
**FRANCIS X SKRUPA**
**SKRUPA LAW FIRM**
11711 ARBOR ST STE 100
OMAHA, NE 68144

U.S. Trustee via E-Filing
**PATRICIA FAHEY**
**U.S. TRUSTEE'S OFFICE**
111 SOUTH 18TH PLAZA
SUITE 1148
OMAHA, NE 68102

Debtors via First-Class Mail
**BILLIE KIM REPLOGLE and**
**JEFFREY HOWARD REPLOGLE**
9832 FOWLER AVE
OMAHA, NE 68134

      /s/ LISA A. LORANG
      LISA A. LORANG ASSISTANT TO
      EVAN MOSCOV

46603956